IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

TAMRA N. ROBINSON,                    :
                                      :
            Plaintiff,                :
                                      :
      v.                              :      Civil Action No. 14-1205-RGA
                                      :
FIRST STATE COMMUNITY                 :
ACTION AGENCY,                        :
                                      :
            Defendant.                :

**ORDER**

This __17__ day of November 2016, upon consideration of the Magistrate Judge's Report

and Recommendation dated October 24, 2016, and no objections to the Report and

Recommendation having been received, and the Court having reviewed the Magistrate Judge's

Report and Recommendation, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 56) is **ADOPTED**.

2. Plaintiff's Motion for Summary Judgment (D.I. 47) is **DENIED**.

3. Defendant's Motion for Summary Judgment (D.I. 44) is **DENIED**.

United States District Judge