## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

TAMRA ROBINSON,

       Plaintiff,

    v.

FIRST STATE COMMUNITY ACTION AGENCY,

       Defendant.

No. 14-cv-1205 (RGA)

### MEMORANDUM ORDER

At the pre-trial conference, Defendant objected to Plaintiff's designation of Karen

Garrett and David Bull as hostile witnesses before they took the stand. The focus of

Defendant's concern, however, was Plaintiff's ability to ask leading questions. Federal Rule

of Evidence 611 resolves the dispute. It directs a court to allow leading questions "when a

party calls a hostile witness, an adverse party, or a witness identified with an adverse

party." Rule 611(c)(2). As employees of Defendant, Ms. Garrett and Mr. Bull are

"witness[es] identified with an adverse party." *See Vanemmerik v. The Ground Round, Inc.*,

1998 WL 474106, at *1 (E.D. Pa. July 18, 1998) (citing Rule 611 and *Perkins v. Volkswagen*

*of Am., Inc.*, 596 F.2d 681, 682 (5th Cir. 1979)).

Defendant's objection is **OVERRULED**.

IT IS SO ORDERED this **30** day of November 2016.

United States District Judge