IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TAMRA N. ROBINSON,

        Plaintiff,

v.

FIRST STATE COMMUNITY
ACTION AGENCY,

        Defendant.

Civil Action No. 14-1205-RGA

## ORDER

For the reasons stated in the accompanying Memorandum, Defendant's motion for new trial (D.I. 82) is **DENIED**, and Plaintiff's motion for attorneys' fees (D.I. 81) is **GRANTED** in part and **DENIED** in part. The total amount awarded in attorneys' fees is $135,452.26.

**IT IS SO ORDERED** this 29 day of August, 2017.

*[signature]*
United States District Judge