# EXHIBIT "C"

| | | |
|---|---|---|
| Prebill print date: 04/02/19 | For Client: 04250022 | Prebill # 360941 Page 1 |

Robinson, Tamra

**Billing Atty: Faslo, G. Kevin**

Time Through: 03/31/19

Client: 04250022 Robinson, Tamra

Tamra Robinson

BILL GROUP ID: MAIN-Primary Bill Group                                 Billing Assistant:

---

**"BILLS WILL NOT BE PROCESSED WITHOUT YOUR SELECTION BELOW"**
**TO INITIATE YOUR BILLING REQUESTS, CHECK THE APPROPRIATE BOXES**

☐ Bill Fees and Costs                          ☐ HOLD, do not bill
☐ Send A/R Statement Only                      ☐ Write-off Fees as indicated below
☐ Bill Fees Only                               ☐ Write-off Costs as indicated below
☐ Bill Costs Only                              ☐ For Internal Billing ONLY (Admin & 55 series Matters) Process zero fee billing – DO NOT BILL
☐ Bill Flat Fee amount of $_____
(FF can only be billed if all work has been completed and all time and costs are showing on this prebill)

☐ Transfer WIP Fees/Costs to:_____       Trust Funds                         Apply? ☐Yes  No ☐
                                               Available For Use: $0.00                    $_____
☐ FORWARD TO THE FOLLOWING ATTORNEY FOR REVIEW ____   Total Trust: 0.00
(If different from reviewing attorney)
                                               Evergreen Replenishment Amount              $_____
   ☐ CLOSE MATTER & Refund any remaining Trust or   Prepaid Available: $0.00        Apply? ☐Yes  No ☐
     Prepaid (Can take up to 30 days)
                                                                                    Amount: $_____
   ☐ TURN OVER TO COLLECTION GROUP

---

04250022.00001

WRITE OFF EXCEPTION CODE: _____

BILLING COMMITTEE OKAY??

Matter: Robinson v. First State Community Action Agency

| Prebill print date: 04/02/19 | | | | For Client: 04250022 | | | Prebill # 380941 Page 2 |

Robinson, Tamra

### Services Rendered

| TIME ID# | Date | Act | Task | Description | Hours | Rate | Amt. to Bill |
|---|---|---|---|---|---|---|---|
| **Fasic, G. Kevin** | | | | | | | |
| 2324677 | 08/29/17 | | | Review memorandum and order from court; Emails with client and counsel regarding same | 1.90 | $410.00 | $779.00 |
| 2334062 | 09/12/17 | | | Emails with client on court decision | 0.40 | $410.00 | $164.00 |
| 2342040 | 09/20/17 | | | Review email from opposing counsel on settlement and discuss same with KRW | 0.50 | $410.00 | $205.00 |
| 2342077 | 09/21/17 | | | Draft response for opposing counsel and email client on same; Discuss options with KRW | 0.90 | $410.00 | $369.00 |
| 2346810 | 09/26/17 | | | Email with opposing counsel on settlement issues | 0.50 | $410.00 | $205.00 |
| 2346823 | 09/26/17 | | | Review email from opposing counsel on settlement; Draft response and send; Discussion about appeal options | 0.80 | $410.00 | $328.00 |
| 2351199 | 09/29/17 | | | Review court notices | 0.30 | $410.00 | $123.00 |
| 2352199 | 10/03/17 | | | Emails with client; Email on appeal issues | 0.50 | $410.00 | $205.00 |
| 2353239 | 10/04/17 | | | Review appeal documents and research on appellee response | 0.70 | $410.00 | $287.00 |
| 2354717 | 10/06/17 | | | Research on bond issue; Draft email for counsel on same; Prepare entry of appearance and corporate disclosure forms | 2.00 | $410.00 | $820.00 |
| 2357298 | 10/09/17 | | | File entry of appearance and corporate disclosure forms; Email counsel on bond issue; Review court filings | 1.20 | $410.00 | $492.00 |
| 2357313 | 10/10/17 | | | Review court filings | | | |
| 2358792 | 10/12/17 | | | Review and respond to Counsel's email on alleged statutory issue; Review court filings; Review Appellant's statement of the case | | | |
| 2359883 | 10/13/17 | | | Review filing from opposing counsel | 0.20 | $410.00 | $82.00 |
| 2362662 | 10/16/17 | | | Review mediation filings; Research on defendant claims regarding interactive process | 0.90 | $410.00 | $369.00 |
| 2362670 | 10/17/17 | | | Address issue with Bond; Review mediation materials; Email with client; Research defendant's interactive process argument | 2.50 | $410.00 | $1,025.00 |
| 2365654 | 10/18/17 | | | Research on new issue raised by First State; Review requirements for mediation statement and filings; Call with IFS regarding Bond estimate | 3.90 | $410.00 | $1,599.00 |
| 2365667 | 10/19/17 | | | Meet with Katherine on motion for execution; Research on information for mediation statement; Review filing | | | |
| 2371527 | 10/25/17 | | | Address execution issues | | | |
| 2371610 | 10/29/17 | | | Draft mediation statement and email regarding same | 2.10 | $410.00 | $861.00 |
| 2375411 | 10/30/17 | | | Draft and revisions to mediation statement | 2.60 | $410.00 | $1,066.00 |
| 2375459 | 10/31/17 | | | Revisions to mediation statement; Finalize and file same; Email client | 0.60 | $410.00 | $246.00 |
| 2384498 | 11/07/17 | | | Emails on execution discovery | 0.50 | $410.00 | $205.00 |
| 2384530 | 11/09/17 | | | Review and revise subpoena | 0.60 | $410.00 | $246.00 |
| 2384544 | 11/10/17 | | | Review execution documents and subpoena | 0.70 | $410.00 | $287.00 |
| 2392738 | 11/20/17 | | | Emails with Court and client on mediation status | 0.60 | $410.00 | $246.00 |

| Prebill print date: 04/02/19 | | For Client: 04250022 | | | Prebill # 360941 Page 3 |
|---|---|---|---|---|---|
| | | Robinson, Tamra | | | |

**Fasic, G. Kevin**

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2392751 | 11/21/17 | Review motion filed by First State and assign research on response; Meet with Katherine and Anthony to discuss motion and response | 2.10 | $410.00 | $861.00 |
| 2393452 | 11/22/17 | Prepare for and participate in mediation; Research on motion issues | 4.00 | $410.00 | $1,640.00 |
| 2399387 | 11/30/17 | Address issues related to response to motion; Address issues with subpoena | | | ████████ |
| 2401929 | 12/01/17 | Review/revise draft response to motion; Final revisions and file response; Review new motion in District Court to stay execution | 6.00 | $410.00 | $2,460.00 |
| 2404569 | 12/04/17 | Review emails from opposing counsel and court notice on pending District Court motion | | | ████████ |
| 2404581 | 12/05/17 | Address subpoena issue; Email to insurance broker on affidavit; Email opposing counsel on subpoena | 1.00 | $410.00 | $410.00 |
| 2407375 | 12/06/17 | Email with insurance broker (bond issue) | 0.20 | $410.00 | $82.00 |
| 2407435 | 12/06/17 | Review court notice with Reply Brief | 0.30 | $410.00 | $123.00 |
| 2412463 | 12/11/17 | Review Reply Brief on Motion for summary action | 0.80 | $410.00 | $328.00 |
| 2412472 | 12/12/17 | Meeting to discuss reply on summary action brief and answer to motion to stay execution | 0.90 | $410.00 | $369.00 |
| 2412503 | 12/14/17 | Review draft response on motion to stay and review research on same | 3.10 | $410.00 | $1,271.00 |
| 2412506 | 12/15/17 | Revisions to response to motion and coordinate filing of same; Emails with opposing counsel on subpoena issue | 7.60 | $410.00 | $3,116.00 |
| 2417948 | 12/18/17 | Emails on status of subpoena | 0.90 | $410.00 | $369.00 |
| 2417965 | 12/19/17 | Issues with subpoena | 0.30 | $410.00 | $123.00 |
| 2417980 | 12/20/17 | Meet with Katherine to discuss status of motions | 0.40 | $410.00 | $164.00 |
| 2426971 | 01/01/18 | Review email from opposing counsel with objections to subpoena | 0.30 | $410.00 | $123.00 |
| 2426973 | 01/02/18 | Research on issues raised in objection to subpoena | 0.70 | $410.00 | $287.00 |
| 2426985 | 01/03/18 | Research on objections to subpoena | 1.30 | $410.00 | $533.00 |
| 2432542 | 01/09/18 | Emails with client on status and with opposing counsel on deposition | 0.60 | $410.00 | $246.00 |
| 2433205 | 01/10/18 | Email on deposition; Email with client; Review draft motion to compel and for Rule to Show Cause | 0.70 | $410.00 | $287.00 |
| 2433224 | 01/11/18 | Finalize and file Motion to Compel and for Rule to Show Cause | 1.90 | $410.00 | $779.00 |
| 2442431 | 01/22/18 | Review response on motion to compel | 0.20 | $410.00 | $82.00 |
| 2449353 | 01/26/18 | Prepare for and attend motion hearing | 2.70 | $410.00 | $1,107.00 |
| 2449401 | 01/29/18 | Review court notice | 0.20 | $410.00 | $82.00 |
| 2449422 | 01/30/18 | Email opposing counsel on deposition dates | 0.20 | $410.00 | $82.00 |
| 2454575 | 02/05/18 | Review client email | 0.10 | $410.00 | $41.00 |
| 2458185 | 02/09/18 | Review notice from 3rd Circuit and research same | 0.50 | $410.00 | $205.00 |
| 2463576 | 02/12/18 | Emails and research on Merits Panel | 0.90 | $410.00 | $369.00 |
| 2463597 | 02/14/18 | Email with client; Merit Panel Issue | 0.30 | $410.00 | $123.00 |
| 2465522 | 02/19/18 | Emails with opposing counsel on deposition; Emails with client on status; Email to EEOC about amicus brief | 1.20 | $410.00 | $492.00 |

Prebill print date: 04/02/19　　　　　　　For Client: 04260022　　　　　　　Prebill # 360941　Page 4

Robinson, Tamra

Fasic, G. Kevin

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2476309 | 02/28/18 | Emails on amicus brief issue and status of briefing schedule | 0.70 | $410.00 | $287.00 |
| 2478546 | 03/02/18 | Emails with opposing counsel on extension request | 0.40 | $410.00 | $164.00 |
| 2483884 | 03/07/18 | Emails on amicus brief from EEOC and date for Answer | 0.50 | $410.00 | $205.00 |
| 2485864 | 03/12/18 | Emails on request for extension and review filing | 0.50 | $410.00 | $205.00 |
| 2486580 | 03/13/18 | Review court notice on extension and email client with update to briefing schedule | 0.40 | $410.00 | $164.00 |
| 2520288 | 04/20/18 | Opposing counsel email on joint exhibits | 0.20 | $410.00 | $82.00 |
| 2526642 | 04/25/18 | Email with opposing counsel on documents for joint appendix | 0.30 | $410.00 | $123.00 |
| 2535663 | 05/04/18 | Email on joint appendix | 0.20 | $410.00 | $82.00 |
| 2541970 | 05/07/18 | Review transcripts and forward same to opposing counsel for joint appendix | 0.60 | $410.00 | $246.00 |
| 2548435 | 05/20/18 | Emails on brief | 0.40 | $410.00 | $164.00 |
| 2556461 | 05/21/18 | Email on briefing | 0.20 | $410.00 | $82.00 |
| 2556549 | 05/22/18 | Review court notice and order; Email opposing counsel | 0.70 | $410.00 | $287.00 |
| 2559470 | 05/29/18 | Review court notices | 0.10 | $410.00 | $41.00 |
| 2567808 | 06/06/18 | Meet with Katherine on brief | ■■■ | ■■■ | ■■■ |
| 2576562 | 06/12/18 | Meeting with Katherine; Work on brief | ■■■ | ■■■ | ■■■ |
| 2576585 | 06/13/18 | Meet with Katherine and work on brief | ■■■ | ■■■ | ■■■ |
| 2576590 | 06/14/18 | Research and work on brief | 6.20 | $410.00 | $2,542.00 |
| 2576603 | 06/15/18 | Work on brief | 7.30 | $410.00 | $2,993.00 |
| 2576661 | 06/18/18 | Meeting with Katherine and address issues with brief; Email client with update | ■■■ | ■■■ | ■■■ |
| 2583220 | 06/19/18 | Emails with client on current status | 0.40 | $410.00 | $164.00 |
| 2594024 | 07/02/18 | Emails about Reply Brief | 0.30 | $410.00 | $123.00 |
| 2636778 | 08/14/18 | Review court email on dates for argument; Call with court on same; Email update to client | 0.80 | $410.00 | $328.00 |
| 2636784 | 08/15/18 | Review filing and client email | 0.30 | $410.00 | $123.00 |
| 2652989 | 08/31/18 | Review court notice about argument; Review forms for submission; Email with client; Review form from opposing counsel | 1.00 | $410.00 | $410.00 |
| 2660268 | 09/04/18 | File forms for argument | 0.30 | $410.00 | $123.00 |
| 2951476 | 10/01/18 | Meet with Katherine on letter brief and request for status report from District Court | 0.50 | $410.00 | $205.00 |
| 3000753 | 10/02/18 | Draft and file response to Oral Order from District Court; Emails with client; Begin review of case law cited by Third Circuit to prepare letter brief | 3.60 | $410.00 | $1,476.00 |
| 3047976 | 10/03/18 | Research on issues for letter brief; Begin drafting letter brief | 6.40 | $410.00 | $2,624.00 |
| 3230218 | 10/04/18 | Continue drafting letter brief; Review brief from Appellant; Research case law cited by Appellant and revise draft of letter brief | 5.70 | $410.00 | $2,337.00 |
| 3290991 | 10/05/18 | Brief issues | 0.60 | $410.00 | $246.00 |

| Prebill print date: 04/02/19 | | For Client: 04250022 | | | Prebill # 360941 Page 5 |
|---|---|---|---|---|---|
| | | Robinson, Tamra | | | |

**Fasic, G. Kevin**

| | | | | | |
|---|---|---|---|---|---|
| 3319496 | 10/07/18 | Finish draft of Letter Brief; Email same to Katherine for review; Organize Appeal Binder in anticipation of argument | 7.50 | $410.00 | $3,075.00 |
| 3391985 | 10/08/18 | Research on Rule 59 and Appellate Rule 4; Review model instructions and compare to ones used for trial; Revise and finalize Letter Brief | 3.90 | $410.00 | $1,599.00 |
| 3561182 | 10/12/18 | Review court notice and email client (no oral argument, case to be decided on briefs) | 0.20 | $410.00 | $82.00 |
| 4508253 | 10/31/18 | Emails with client on status | 0.30 | $410.00 | $123.00 |
| 5050791 | 03/06/19 | Emails with client to update on status | 0.30 | $425.00 | $127.50 |

**Witherspoon Fry, Katherine**

| | | | | | |
|---|---|---|---|---|---|
| 2322321 | 08/29/17 | Review opinion and order denying motion for new trial and denying in part and granting in part motion for attorney's fees and costs; communicate with K. Fasic regarding same; edit communication with opposing counsel | | | |
| 2340062 | 09/20/17 | Communicate with K. Fasic regarding letter from opposing counsel and settlement strategy | | | |
| 2340166 | 09/21/17 | Confer with K. Fasic; draft letter to opposing counsel; review of answer to motion for new trial | | | |
| 2346603 | 09/25/17 | Email with Kevin regarding settlement offer | 0.10 | $410.00 | $41.00 |
| 2346154 | 09/26/17 | Confer with K. Fasic regarding appeal strategy, email to opposing counsel, settlement efforts | | | |
| 2354422 | 10/06/17 | Communicate with K. Fasic regarding appeal and email to opposing counsel | | | |
| 2354460 | 10/09/17 | Confer with K. Fasic regarding bond on appeal, mediation at Third Circuit; complete Entry of Appearance for filing; legal research regarding posting bond on appeal | 0.30 | $410.00 | $123.00 |
| 2356626 | 10/10/17 | Confer with K. Fasic; review court filings; legal research regarding posting bond | 1.00 | $410.00 | $410.00 |
| 2361647 | 10/16/17 | Confer with K. Fasic regarding motion to execute on judgment | 0.10 | $410.00 | $41.00 |
| 2362048 | 10/17/17 | Confer with K. Fasic and R. Green regarding motion to execute on judgment and defendant's assets; review draft sample motion to post bond and instruct R. Green regarding drafting motion; legal research | 1.30 | $410.00 | $533.00 |
| 2363717 | 10/18/17 | Communicate with K. Fasic regarding appeal bond and legal arguments on appeal | 0.20 | $410.00 | $82.00 |
| 2368409 | 10/19/17 | Draft motion to execute on judgment; confer with A. Delcollo, K. Fasic and R. Green re: mediation statement, law applicable to appeal, supersedeas bond; legal research for motion | 3.20 | $410.00 | $1,312.00 |
| 2368800 | 10/25/17 | Legal research regarding execution of judgment; confer with K. Fasic and A. Delcollo regarding same | 1.30 | $410.00 | $533.00 |
| 2370379 | 10/26/17 | Confer regarding execution on judgment | 0.10 | $410.00 | $41.00 |
| 2371807 | 10/29/17 | Confer with K. Fasic regarding mediation statement; edit draft mediation statement | | | |
| 2372063 | 10/30/17 | Edit mediation statement and communicate with K. Fasic regarding same | | | |
| 2373661 | 10/31/17 | Communicate with R. Green regarding execution on judgement | 0.10 | $410.00 | $41.00 |

Prebill print date: 04/02/19     For Client: 04250022     Prebill # 360941 Page 6

Robinson, Tamra

Witherspoon Fry, Katherine

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2377585 | 11/01/17 | Email regarding execution on judgement | 0.10 | $410.00 | $41.00 |
| 2384691 | 11/21/17 | Confer with K. Fasic and A. Delcollo regarding motion for summary action | | | |
| 2394753 | 11/22/17 | Communicate with K. Fasic and A. Delcollo regarding response to Appellant's motion | 0.30 | $410.00 | $123.00 |
| 2398277 | 11/27/17 | Confer with K. Fasic and A. Delcollo regarding motion for summary action | 0.20 | $410.00 | $82.00 |
| 2398011 | 11/30/17 | Confer with K. Fasic and A. Delcollo regarding motion for summary action | | | |
| 2398458 | 11/30/17 | Analysis of arguments presented in motion for summary action; confer with A. Delcollo regarding same | 0.20 | $410.00 | $82.00 |
| 2402163 | 12/01/17 | Edit response to motion for summary action and review motion for stay of execution | | | |
| 2403099 | 12/01/17 | Review motion for stay of execution | 0.30 | $410.00 | $123.00 |
| 2403134 | 12/04/17 | Review email from opposing counsel | | | |
| 2408943 | 12/12/17 | Review reply brief in support of summary action and communicate with A. Delcollo and K. Fasic regarding same and motion for excuse from posting bond | | | |
| 2411557 | 12/14/17 | Confer with A. Delcollo and K. Fasic regarding answer to motion for stay of execution; legal research regarding same | | | |
| 2413278 | 12/15/17 | Review and edit draft response to motion for stay of execution and communicate with K. Fasic regarding same | | | |
| 2413284 | 12/18/17 | Confer regarding service of subpoena and discovery in aid of execution | 0.40 | $410.00 | $164.00 |
| 2415266 | 12/20/17 | Confer with K. Fasic regarding motion for stay | | | |
| 2423343 | 12/31/17 | Review objections to subpoena and communicate with K. Fasic regarding same | 0.10 | $410.00 | $41.00 |
| 2423336 | 01/02/18 | Confer with K. Fasic re; subpoena | | | |
| 2432064 | 01/11/18 | Confer with K. Fasic re: motion to show cause | | | |
| 2440524 | 01/23/18 | Review Superior court filing | 0.10 | $410.00 | $41.00 |
| 2441681 | 01/24/18 | Review of documents from opposing counsel | 0.10 | $410.00 | $41.00 |
| 2442681 | 01/26/18 | Confer with K. Fasic regarding argument for motion to compel compliance with subpoena | 0.10 | $410.00 | $41.00 |
| 2446865 | 01/30/18 | Review Notice of Service of Documents | 0.10 | $410.00 | $41.00 |
| 2454107 | 02/02/18 | Review emails regarding discovery in aid of execution | 0.10 | $410.00 | $41.00 |
| 2456275 | 02/05/18 | Review email from client | | | |
| 2459125 | 02/06/18 | Review email from client | 0.10 | $410.00 | $41.00 |
| 2459183 | 02/09/18 | Communicate with K. Fasic regarding case assignment to panel and research regarding same | | | |
| 2459144 | 02/10/18 | Communicate regarding case referral to merits panel | 0.10 | $410.00 | $41.00 |
| 2460254 | 02/13/18 | Communicate with K. Fasic regarding deposition in aid of execution on judgment and assignment of appeal to merits panel | 0.10 | $410.00 | $41.00 |
| 2464033 | 02/16/18 | Communciate with K. Fasic regarding deposition in aid of executiuon | 0.10 | $410.00 | $41.00 |

Prebill print date: 04/02/19     For Client: 04250022     Prebill # 360941 Page 7

Robinson, Tamra

**Witherspoon Fry, Katharine**

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2463956 | 02/19/18 | Confer with K. Fasic regarding deposition in aid of execution, appeal status; review emails from client | 0.30 | $410.00 | $123.00 |
| 2472395 | 02/27/18 | Review court order for briefing and calendar | 0.10 | $410.00 | $41.00 |
| 2473784 | 02/28/18 | Communciate with K. Fasic and email EEOC regarding interest in filing amicus brief in support of client's position | | | |
| 2479077 | 03/02/18 | Confer with K. Fasic regarding briefing at Third Circuit | 0.10 | $410.00 | $41.00 |
| 2482002 | 03/07/18 | Review email from EEOC and communicate with K. Fasic regarding amicus brief on appeal | | | |
| 2489644 | 03/12/18 | Review email from opposing counsel and motion to extend time to file | | | |
| 2489638 | 03/13/18 | Review emails from opposing counsel | | | |
| 2486741 | 03/14/18 | Email to J. Goldstein, EEOC, regarding possible amicus brief submission and communicate with K. Fasic regarding same | 0.20 | $410.00 | $82.00 |
| 2535414 | 05/04/18 | Communicate with K. Fasic regarding appeal joint appendix | | | |
| 2553376 | 05/21/18 | Review amended appendix filings; communicate with K. Fasic regarding same | | | |
| 2566526 | 06/05/18 | Review of opening brief; analysis of same; communicate with K. Fasic regarding same | 1.20 | $410.00 | $492.00 |
| 2566976 | 06/06/18 | Analysis of opening brief and confer with K. Fasic regarding same; legal research for answering brief | 1.00 | $410.00 | $410.00 |
| 2567076 | 06/06/18 | Confer with K. Fasic and A. Delcollo regarding answering brief; legal research for brief | 2.40 | $410.00 | $984.00 |
| 2570199 | 06/07/18 | Draft answering brief | 2.50 | $410.00 | $1,025.00 |
| 2570201 | 06/08/18 | Draft Answering brief | 1.40 | $410.00 | $574.00 |
| 2570646 | 06/11/18 | Draft Answering Brief; legal research for same; confer with K. Fasic and A. Delcollo regarding same | 6.00 | $410.00 | $2,460.00 |
| 2573056 | 06/12/18 | Draft answering brief; legal research for same; confer with K. Fasic and A. Delcollo regarding same | 6.10 | $410.00 | $2,501.00 |
| 2573678 | 06/13/18 | Draft Answering Brief; legal research for same; confer with K. Fasic and R. Green regarding same | 8.00 | $410.00 | $3,280.00 |
| 2574403 | 06/14/18 | Draft Answering Brief; legal research for same; confer with K. Fasic and R. Green regarding same | 7.10 | $410.00 | $2,911.00 |
| 2576427 | 06/15/18 | Edit Answering Brief; communicate with K. Fasic regarding same; email with opposing counsel regarding missing appenix page | 1.20 | $410.00 | $492.00 |
| 2577665 | 06/18/18 | Confer with K. Fasic; edit, complete and file Appellee's Answering Brief; review email from client; confer with R. Green regarding brief content and filing | 8.80 | $410.00 | $3,608.00 |
| 2578551 | 06/19/18 | Confer with R. Green regarding sending copies to court per local rule; email client | | | |
| 2594058 | 07/03/18 | Review reply brief; communicate with K. Fasic regarding same | 0.50 | $410.00 | $205.00 |
| 2635234 | 08/14/18 | Confer with K. Fasic regarding assignment to Third Circuit panel and merits for argument | | | |
| 2652759 | 08/31/18 | Email to client | | | |
| 2657372 | 09/05/18 | Confer with K. Fasic regarding court order and oral argument | 0.10 | $410.00 | $41.00 |

Robinson, Tamra

**Witherspoon Fry, Katherine**

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2657471 | 09/05/16 | Legal research, new case for oral argument | 0.30 | $410.00 | $123.00 |
| 2922491 | 09/27/16 | Review court letter request regarding briefing and communicate with K. Fasic regarding same and legal research | 0.20 | $410.00 | $82.00 |
| 2922671 | 10/01/16 | Confer with K. Fasic regarding court's request for status report and additional briefing requested by Third Circuit | ■ | ■ | ■ |
| 2963871 | 10/02/16 | Communicate with K. Fasic regarding status letter to court; legal research for letter requested by Third Circuit | 1.50 | $410.00 | $615.00 |
| 3005291 | 10/03/16 | Confer with K. Fasic regarding letter to Third Circuit and legal research for same | ■ | ■ | ■ |
| 3171423 | 10/04/16 | Legal research for letter reply to Third Circuit and confer with K. Fasic regarding same; review Order Granting Stay of Execution; confer with K. Fasic; review letter filed with Third Circuit by First State | 1.90 | $410.00 | $779.00 |
| 3341830 | 10/08/16 | Confer with K. Fasic regarding law for letter brief; review letter brief and suggest changes | 3.80 | $410.00 | $1,558.00 |

**Delcollo, Anthony N.**

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2352225 | 10/04/17 | E-mail from/to attorney Fasic regarding third circuit embarment and research project for appeal | ■ | ■ | ■ |
| 2353465 | 10/05/17 | Review local rules and research question of "appeal bond" and issue e-mail summarizing findings to GKF | 1.00 | $315.00 | $315.00 |
| 2354021 | 10/06/17 | E-mail from attorney Fasic regarding supersedeas bond, confer and provide analysis of same | ■ | ■ | ■ |
| 2354064 | 10/06/17 | E-mail from/to proposed approach to compel supersedeas bond | 0.20 | $315.00 | $63.00 |
| 2355061 | 10/09/17 | Review multiple e-mails regarding case status and follow up to opposing counsel | ■ | ■ | ■ |
| 2358694 | 10/12/17 | Review multiple e-mails regarding frivolous legal argument on appeal, confer with attorney fasic regarding same and evaluation of appellate rules | 0.50 | $315.00 | $157.50 |
| 2358748 | 10/12/17 | Conduct research regarding potential filing of counter "concise statement" and confer with attorney Fasic regarding same | 0.50 | $315.00 | $157.50 |
| 2363320 | 10/18/17 | Review multiple e-mails from attorney Fasic and confer regarding preparation of argument/legal analysis for mediation statement | ■ | ■ | ■ |
| 2363739 | 10/19/17 | Confer with attorney Witherspoon regarding preparation of waiver argument | ■ | ■ | ■ |
| 2392248 | 11/21/17 | Confer with attorney Fasic regarding research for procedure of response to odd summary appellate motion | ■ | ■ | ■ |
| 2392408 | 11/21/17 | Review e-mail from attorney Fasic and filing regarding "motion for summary action" from opposing counsel | 1.00 | $315.00 | $315.00 |
| 2392502 | 11/21/17 | Review Appellate Rules and Local Appellate rules, prepare e-mail with summary of rules and analysis/suggestions of response to opposing counsel's motion for summary action | 2.00 | $315.00 | $630.00 |
| 2392873 | 11/22/17 | Review notes and correspondence in anticipation of meeting with attorney Fasic, confer regarding research for response to summary action motion | ■ | ■ | ■ |

| Prebill print date: 04/02/19 | | For Client: 04250022 | | | Prebill # 360941 Page 9 |

Robinson, Tamra

Delcolle, Anthony N.

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2393287 | 11/22/17 | E-mail from attorney Fasic regarding analysis and update for mediation results, process moving forward | | | ■■■ |
| 2393276 | 11/22/17 | Begin obtainmement of factual information/research for execution of bond purposes | 0.50 | $315.00 | $157.50 |
| 2393298 | 11/22/17 | Research and pull multiple cases involved "doctrine of plain error" | 2.50 | $315.00 | $787.50 |
| 2394910 | 11/27/17 | COnfer with attorney Fasic and attorney Witherspoon regarding case follow up and next steps for reply to "summary action" motion | 0.20 | $315.00 | $63.00 |
| 2397672 | 11/29/17 | Review Motion to Summary Action and begin research of treatises surrounding "reasonable accommodation and interactive process" | 1.00 | $315.00 | $315.00 |
| 2398247 | 11/30/17 | Review Bloomberg footnotes and being outline of argument respecting interactive process/duty to accommodate | 1.00 | $315.00 | $315.00 |
| 2398566 | 11/30/17 | Confer with attorney Fasic and attorney Witherspoon, continue research regarding interactive process and reasonable accommodation | 1.00 | $315.00 | $315.00 |
| 2398597 | 11/30/17 | Review Motion exhibits and confer with attorney Fasic regarding same | 1.00 | $315.00 | $315.00 |
| 2399157 | 11/30/17 | Prepare first draft of Answer in Opposition to Motion for Summary Action | 3.50 | $315.00 | $1,102.50 |
| 2399158 | 11/30/17 | Conduct research on "plain error" doctrine | 1.00 | $315.00 | $315.00 |
| 2400517 | 12/01/17 | Review changes to draft motion and confer with attorney Fasic regarding follow up on waiver authority | 1.00 | $315.00 | $315.00 |
| 2400550 | 12/01/17 | Conduct research regarding waiver issue | 0.50 | $315.00 | $157.50 |
| 2400627 | 12/01/17 | Review final draft of answer in opposition and e-mail to attorney Fasic regaridng approval of same | 0.50 | $315.00 | $157.50 |
| 2401849 | 12/01/17 | Confer with attorney Fasic regarding response to motion to stay execution | 0.30 | $315.00 | $94.50 |
| 2401879 | 12/01/17 | Further discussion of motion to stay execution of bond with attorney Fasic and preliminary review of motion | 0.30 | $315.00 | $94.50 |
| 2403237 | 12/04/17 | Review rules and e-mails, e-mail to attorney Fasic regarding timeframe for response to motion/timeframe | 1.00 | $315.00 | $315.00 |
| 2403325 | 12/04/17 | Review motion by opposing party and research rules/factors for argument, outline of proposed response, confirm no authortiy cited for bond exemption, confer with attorney fasic regarding same | 1.50 | $315.00 | $472.50 |
| 2409001 | 12/12/17 | Confer with attorney Fasic and attorney Witherspoon regarding drafting of response | | | ■■■ |
| 2410531 | 12/13/17 | Research authority and case law cited in opposing counsel's motion to stay | 1.00 | $315.00 | $315.00 |
| 2410532 | 12/13/17 | Draft answer in opposition to motion to stay, confer with attorney Fasic regarding same, e-mail to attorney Fasic regarding same | 5.00 | $315.00 | $1,575.00 |
| 2411445 | 12/14/17 | Pull case law and e-mail to attorney Fasic for review of answer in opposition draft | 0.20 | $315.00 | $63.00 |
| 2411500 | 12/14/17 | Conduct additional research and analysis of standard/factors for analysis of bond being granted, confer with attorney Fasic regarding same | 1.00 | $315.00 | $315.00 |

| Prebill print date: 04/02/19 | | For Client: 04250022 | | | Prebill # 360941  Page 10 |
|---|---|---|---|---|---|

Robinson, Tamra

**Delcollo, Anthony N.**

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2434220 | 01/08/18 | Confer with attorney Fasic regarding case status follow up and subpoena/motion from opposing counsel on same | 0.20 | $315.00 | $63.00 |
| 2432642 | 01/12/18 | Review objections and prepare notes regarding position of opposing counsel | 0.50 | $315.00 | $157.50 |
| 2432727 | 01/12/18 | Review case law and confer with attorney Fasic regarding motion that was filed | 1.00 | $315.00 | $315.00 |
| 2457624 | 02/09/18 | Confer with attorney Fasic regarding new development in Robinson matter, request for follow up regarding same | | | |
| 2459169 | 02/10/18 | Review order from Court, review local rules, appellate rules, and IOP, e-mail explanation to attorney Fasic and Witherspoon regarding next steps on appeal | 1.00 | $315.00 | $315.00 |
| 2474583 | 02/28/18 | Review notices and update e-mails regarding briefing schedule | | | |
| 2566958 | 06/06/18 | Confer with attorney Witherspoon regarding briefing research on "plain error" doctrine | 0.30 | $315.00 | $94.50 |
| 2567004 | 06/06/18 | Conclude search for cases/materials and confer with attorney Witherspoon regarding same | 0.40 | $315.00 | $126.00 |
| 2571847 | 06/11/18 | Review cases and confer with attorney Witherspoon regarding follow-up and next steps on same, response on issue involving "plain doctrine" error, suggestion regarding follow up on response to "Summary Action" request | 1.00 | $315.00 | $315.00 |
| 2574177 | 06/13/18 | Review analysis from co-counsel and follow up regarding potential issue on appeal | | | |

**Green, Rose L.**

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2362107 | 10/17/17 | Retrieve pleading from docket, print, profile and calendar dates for mediation telephone conference and position statement | | | |
| 2362927 | 10/18/17 | Draft Motion to Post Bond. | 1.10 | $165.00 | $181.50 |
| 2363974 | 10/19/17 | Conduct research and cite check on case | 0.60 | $165.00 | $99.00 |
| 2373721 | 10/22/17 | Retrieve pleading from docket, profile clock copy of judgment complaint transferred from District Court; Call to court to confirm time frame to execute on judgment | 0.40 | $165.00 | $66.00 |
| 2369080 | 10/25/17 | Confer with KRW & GKF re best course of action; Call to U.S. District court re cost to request certified copy; Review docket, retrieve judgment and order; Prepare letter to court requesting triple seal certified copy of judgment and order; Prepare check request | 1.10 | $165.00 | $181.50 |
| 2371126 | 10/27/17 | Attention to request for exemplified triple seal copies of judgement and order for attorney fees | 0.20 | $165.00 | $33.00 |
| 2372650 | 10/30/17 | Attention to transfer of exemplified copy of judgment to Superior Court; Scan, profile and e-file with Superior Court Judgment department. | 0.50 | $165.00 | $82.50 |
| 2380940 | 11/07/17 | Email to GKF, KRW and ANO re executing on the judgment | 0.10 | $165.00 | $16.50 |
| 2381287 | 11/07/17 | Attention to Draft of Notice of deposition and duces tecum | 1.10 | $165.00 | $181.50 |

| Prebill print date: 04/02/19 | | For Client: 04250022 | | | Prebill # 360941 Page 11 |
|---|---|---|---|---|---|

Robinson, Tamra

Green, Rosa L.

| ID | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2383440 | 11/10/17 | Attention to revision of Notice of Subpoena duces tecum; Online review for opposing counsel's new firm name; Calendar deposition dates; Scan and email to process server and email copy to counsel | 1.20 | $165.00 | $198.00 |
| 2398332 | 11/30/17 | Call to O'Rourke investigation re status of service; Email details to GKF same | | | |
| 2401595 | 12/01/17 | Draft and prepare certificate of service for Third Circuit; E-file Anwer in Opposition to Appellant's Motion for Summary Action | 0.70 | $165.00 | $115.50 |
| 2402384 | 12/04/17 | Retrieve pleading from docket, print, profile re Defendant's Motion to Stay Execution; Email to GKF ; KRW and AND | | | |
| 2403157 | 12/04/17 | Scan, profile and e-file issued subpoena duces tecum | | | |
| 2403762 | 12/05/17 | Call to O'Rourke investigation services regarding subpoena duces tecum that was served on Bernice Edwards; Confer with GKF the same | 0.40 | $165.00 | $66.00 |
| 2403780 | 12/05/17 | Attention to docket, print, profile re Defendant's Statement re Motion to Stay of Execution on Appeal Statement | 0.10 | $165.00 | $16.50 |
| 2403784 | 12/05/17 | Attention to docket, print, profile re clock copy of subpoena duces tecum on Bernice Edwards | 0.10 | $165.00 | $16.50 |
| 2407236 | 12/11/17 | Retrieve pleading from docket, print, profile re Appellant's Reply to Appellee's answer to the Motion for Summary Action | 0.10 | $165.00 | $16.50 |
| 2412175 | 12/15/17 | Attention to e-file of Plaintiff's Answer in Opposition to Motion to Stay; Profile clock copy of same | 0.50 | $165.00 | $82.50 |
| 2412722 | 12/18/17 | Email to O'Rourke Investigation Associates for written statement confirming what was served on Ms. Edwards; Draft and prepare 2nd subpoena duces tecum; Email to process server; Calender new dates; Email counsel copy of subpoena | 0.70 | $165.00 | $115.50 |
| 2413063 | 12/18/17 | Attention to preparation of courtesy copy to Judge Andrews | | | |
| 2413760 | 12/18/17 | Call from O'Rourke Investigative Associates confirming service on Ms. Edwards; Email to GKF same | 0.10 | $165.00 | $16.50 |
| 2415737 | 12/20/17 | Email to process server re proof of service; Call to court reporter to schedule deposition; Email subpoena to court reporter for proof of service; E-file signed affidavit/proof of service on Ms. Edwards | 0.50 | $165.00 | $82.50 |
| 2430675 | 01/10/18 | Draft and prepare Rule to Show Cause | 1.00 | $165.00 | $165.00 |
| 2431522 | 01/11/18 | Draft Notice and Certificate of Service to Plaintiff's Rule to Show Cause | 0.40 | $165.00 | $66.00 |
| 2431842 | 01/11/18 | Attention to Motion for Rule to Show Cause; Call to court; calendar hearing dare; e-file RTSC | 1.50 | $165.00 | $247.50 |
| 2432291 | 01/12/18 | Attention to service of Motion to Compel for a Rule to Show Cause | | | |
| 2432385 | 01/12/18 | Retrieve pleading from docket, print, profile and forward clock copy to court; Call to court; Draft, prepare corrected Certificate of service, e-file same | 0.30 | $165.00 | $49.50 |
| 2432833 | 01/12/18 | Retrieve pleading from docket, print, profile re clock copy of Motion to Compel for a Rule to Show Cause | 0.10 | $165.00 | $16.50 |
| 2438441 | 01/19/18 | Prepare letter to Prothonotary re courtesy copy of Motion to Compel for a Rule to Show Cause | 0.40 | $165.00 | $66.00 |

| Prebill print date: 04/02/19 | | For Client: 04250022 | Prebill # 360941 Page 12 | | |
|---|---|---|---|---|---|
| | | Robinson, Tamra | | | |
| Green, Rose L. | | | | | |
| 2439816 | 01/22/18 | Retrieve pleading from docket, print, profile re Defendant's Entry of Appearance | 0.10 | $165.00 | $16.50 |
| 2439819 | 01/22/18 | Retrieve pleading from docket, print, profile re Defendant's Response to Motion to Compel for a Rule to Show Cause | 0.10 | $165.00 | $16.50 |
| 2447937 | 01/30/18 | Retrieve pleading from docket, print, profile re COS of Defendant's Response to the Plaintiff's Request for Production | 0.20 | $165.00 | $33.00 |
| 2452906 | 02/02/18 | Call to court reporter, schedule and calendar deposition | | | |
| 2452959 | 02/02/18 | Attention to update of change to deposition | | | |
| 2462060 | 02/15/18 | Call to court reporter re postponement of deposition; update calendar | 0.20 | $165.00 | $33.00 |
| 2486770 | 03/13/18 | Upload and profile Appellant's Motion to Extend Time | 0.10 | $165.00 | $16.50 |
| 2486895 | 03/14/18 | Call to U.S. Third Circuit Appeals re deadline to answer | | | |
| 2548849 | 05/21/18 | Upload and profile Brief with Volume I of Appendix on behalf of Appellant | 0.10 | $165.00 | $16.50 |
| 2572912 | 06/12/18 | Attention to online search of Third Circuit website for Model Jury Instructions for KRW. | 0.40 | $165.00 | $66.00 |
| 2573967 | 06/13/18 | Attention to review and cite check of Transcript and record and updarte Appellate's Answering Brief | 1.10 | $165.00 | $181.50 |
| 2574788 | 06/14/18 | Online review, print and distribute to KRW of the Third Circuit and Federal Local Rules | 0.60 | $165.00 | $99.00 |
| 2574935 | 06/14/18 | Attention to review, analyze transcript for brief | 3.20 | $165.00 | $528.00 |
| 2575394 | 06/15/18 | Attention to research for font size for brief | | | |
| 2576493 | 06/18/18 | Review and retrieve page 118 from docket to Volume II of Defendant's Appendix | 0.10 | $165.00 | $16.50 |
| 2576752 | 06/18/18 | Draft and prepare certification page to brief; Draft and prepare table of contents; Assist KRW with locating specific citations and quotes; Prepare the table of authorities; Draft and prepare Certificate of service; E-file brief | 3.50 | $165.00 | $577.50 |
| 2578484 | 06/19/18 | Attention to preparation of service of Answering brief to Third Circuit; Upload and profile clock copy of Answering brief to Netdocs | 1.10 | $165.00 | $181.50 |
| 2579201 | 06/19/18 | Attention to service to Third Circuit Court of Appeals | | | |
| 2594025 | 07/03/18 | Upload and profile Appellant's Reply Brief | 0.10 | $165.00 | $16.50 |
| 2606786 | 07/18/18 | Attention to organization of client document | 0.10 | $165.00 | $16.50 |
| 2636363 | 08/15/18 | Attention to scheduling and e-filing available dates for Oral Argument in the 3rd Circuit | 0.50 | $165.00 | $82.50 |
| 2656021 | 09/04/18 | Scan, profile and e-file Entry of Appearance for GKF | 0.40 | $165.00 | $66.00 |
| 2656026 | 09/04/18 | Scan, profile and e-file Acknowledgment and Designation of arguing Counsel in 3rd Circuit | 0.40 | $165.00 | $66.00 |
| 2928085 | 10/01/18 | Upload and profile letter from Third Court Circuit re brief letter due | | | |
| 2928637 | 10/01/18 | Upload and profile Model Civil Jury Instructions | 0.10 | $165.00 | $16.50 |
| 2976172 | 10/02/18 | E-file Status letter to District court judge | 0.40 | $165.00 | $66.00 |
| 3331458 | 10/08/18 | Meeting with GKF re research on Rule 59(e) | 0.40 | $165.00 | $66.00 |

| Prebill print date: 04/02/19 | | For Client: 04250022 | | | Prebill # 360941 Page 13 |
|---|---|---|---|---|---|
| | | Robinson, Tamra | | | |

Green, Rose L.

| | | | | | |
|---|---|---|---|---|---|
| 3331769 | 10/08/18 | Conduct research on Rule 59(e); Discuss findings with GKF | 1.60 | $165.00 | $264.00 |
| 3444517 | 10/09/18 | Attention to draft, prepare Certificate of Service to Appellee's Letter Brief and e-file same | 0.40 | $165.00 | $66.00 |
| 3921766 | 10/17/18 | Upload and profile Status Report to Netdocs | | | |
| 3922507 | 10/17/18 | Upload and profile Order re Motion to Stay of execution on appeal | | | |

Total Services Rendered

TOTAL UNBILLED – FEES & COSTS     $98,326.50

BALANCE DUE FROM PREVIOUS STATEMENT
LESS PAYMENT(S) APPLIED
ADJUSTMENTS & WRITE-OFFS SINCE LAST BILL
BALANCE FORWARD

CURRENT WIP PERIOD:
WIP SERVICES SUB-TOTAL
WIP COSTS ADVANCED SUB-TOTAL

WIP SUB-TOTAL CURRENT PERIOD

TOTAL WIP AND A/R DUE




Client/Matter  04250022.08001   Robinson, Tamra   Robinson v. First State Community Action

| Date | Timekeeper | Status | To Bill Hours | To Bill Rate | To Bill Amount | Narrative |
|---|---|---|---|---|---|---|
| 4/1/2019 | Fasic, G. Kevin | W | 2.9 | $ 425.00 | $ 1,232.50 | Review court decision and judgment; Discuss strategy for attorney's fees and bond and begin research on same; Email and call with client |
| 4/1/2019 | Green, Rose L. | W | 0.2 | $ 165.00 | $ 33.00 | Print, upload and profile signed order and Precedential Order |
| 4/1/2019 | Green, Rose L. | W | 1.6 | $ 165.00 | $ 264.00 | Attention to review of District Court docket, for Motion and signed Order on Bon; Attention to review of Rules regarding bonds |
| 4/1/2019 | Kuhns, Joyce A. | W | 0.2 | $ 495.00 | $ 99.00 | Emails with K. Witherspoon Fry, bankruptcy protection language to add to settlement |
| 4/1/2019 | Witherspoon Fry, Katherine | W | 1.1 | $ 425.00 | $ 467.50 | Telephone client; review decision on appeal; strategize regarding obtaining bond on appeal and settlement negotiations |
| 4/3/2019 | Fasic, G. Kevin | W | 1.1 | $ 425.00 | $ 467.50 | Work on bond request and fee application |
| 4/4/2019 | Fasic, G. Kevin | W | 6.3 | $ 425.00 | $ 2,677.50 | Draft Motion regarding Bond; Research of fee application |
| 4/4/2019 | Witherspoon Fry, Katherine | W | 1.5 | $ 425.00 | $ 637.50 | Edit motion for reconsideration for posting supersedeas bond; confer with K. Fasic regarding same |
| 4/5/2019 | Fasic, G. Kevin | W | 1.1 | $ 425.00 | $ 467.50 | Work on motion regarding Bond |
| 4/5/2019 | Witherspoon Fry, Katherine | W | | | | Communicate with K. Fasic regarding bond motion and attorneys' fees application |
| 4/8/2019 | Fasic, G. Kevin | W | | | | Research on filing motion for fees for appellate work |
| 4/8/2019 | Witherspoon Fry, Katherine | W | 2.1 | $ 425.00 | $ 892.50 | Appellate attorneys' fees research; confer with K. Fasic regarding same |
| 4/9/2019 | Fasic, G. Kevin | W | 4.4 | $ 425.00 | $ 1,870.00 | Research and work on motion |
| 4/9/2019 | Witherspoon Fry, Katherine | W | | | | Confer with K. Fasic regarding form and content of attorneys' fees application; legal research regarding same |
| 4/10/2019 | Fasic, G. Kevin | W | 2.5 | $ 425.00 | $ 1,062.50 | Work on motion |
| 4/10/2019 | Witherspoon Fry, Katherine | W | 0.4 | $ 425.00 | $ 170.00 | Research regarding fees application, reviewing same |
| 4/11/2019 | Fasic, G. Kevin | W | 3.6 | $ 425.00 | $ 1,530.00 | Work on motion |
| 4/11/2019 | Witherspoon Fry, Katherine | N | | | | Communicate with K. Fasic regarding fees application |
| 4/12/2019 | Fasic, G. Kevin | N | 7.3 | $ 425.00 | $ 3,102.50 | Draft Motion and organize exhibits; Emails on attorney's fees back-up |
| 4/12/2019 | Witherspoon Fry, Katherine | N | | | | Communicate with K. Fasic regarding fees application |
| 4/14/2019 | Witherspoon Fry, Katherine | N | 1 | $ 425.00 | $ 425.00 | Communicate with K. Fasic regarding motion for attorneys' fees on appeal and to require defendant to post bond and edit same |

$ 17,651.00